**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DEVIN LEE JONES,

                                 Petitioner,                   16 **CIVIL** 7109 (VB)

         -against-                                **JUDGMENT**

SUPERINTENDENT OF WENDE CORRECTIONAL
FACILITY,

                                 Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in

the Court's Memorandum Opinion and Order dated March 30, 2021, Magistrate Judge Davison's

R&R is hereby adopted in its entirety. Accordingly, the petition for a writ of habeas corpus is

DENIED, and the case is closed. As petitioner has not made a substantial showing of the denial of a

constitutional right, a certificate of appealability will not issue. The Court certifies pursuant to 28

U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; therefore, in

forma pauperis status is denied for the purpose of an appeal.


**DATED:**  New York, New York
            March 30, 2021



                                                  **RUBY J. KRAJICK**

                                        _____
                                            **Clerk of Court**
**BY:**                            
                                            **Deputy Clerk**